## Wiedt *v.* Travelers Ins. Co., Appellant.

Argued November 12, 1973. *Jane L. Boucher,* with her *Giles J. Gaca,* and *Thomson, Rhodes and Grigsby,* for appellant; *Karl W. Weidt, III,* with him *Savage, Finkel and Love,* for appellee.

Order and judgment affirmed.

SPAULDING, J., absent.

## Witco Chemical Corporation et al *v.* Herzog et ux., Appellants.

Argued November 15, 1973. *Anthony H. Chambers,* with him *Richard J. Brandow,* and *Chambers and Crisman,* for appellants; *Richard W. Mutzabaugh,* with him *Henry Graff,* and *Mutzabaugh and Mutzabaugh,* for appellee.

Order affirmed.

SPAULDING, J., absent.